

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

ENTERED
12/27/2019

| | |
|---|---|
| IN RE:<br>Christopher M. Varga | CASE NO. 16–36513<br>CHAPTER 13 |
| Debtor(s) | |

## ORDER TO DEPOSIT FUNDS INTO THE COURT REGISTRY

The following motion is GRANTED:

*70* – Motion to Deposit Funds into the Court Registry Filed by Trustee William E. Heitkamp (Attachments: # 1 Proposed Order) (Heitkamp, William)

These unclaimed funds may be deposited into the Registry of the Court:

> Amount: $ 3,275.79
> Owed to: Christopher M. Varga

Signed and Entered on Docket: 12/27/19.

by: <u>Kristy Love</u>
Deputy Clerk

This Order is signed for the Court by the Clerk under authority of 28 U.S.C. § 956 and General Order No. 2000–3.